Commonwealth *v.* Williams, Appellant.

Submitted September 10, 1973. *David Zwanetz,* for appellant; *Albert L. Becker,* Assistant District Attorney, *James T. Ranney, Milton M. Stein,*

Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.